**THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF OHIO**

_____       :
Plaintiff(s),                                              :            Case No: _____
                                                                 :
vs.                                                           :
                                                                 :
_____       :
Defendant(s).                                           :

**CITIZENSHIP DISCLOSURE STATEMENT**

This Citizenship Disclosure Statement is filed on behalf of _____

in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which

provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a

party or intervenor must, unless the court orders otherwise, file a disclosure statement that lists the

name, and identifies the citizenship of, every individual or entity whose citizenship is attributed to

that party or intervenor when the action is filed in or removed to federal court, and when any later event

occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the

following names and citizenships of every individual or entity whose citizenship is attributed to that

party or intervenor: (Attach additional pages if needed.)


_____                    _____
Individual or Entity Name                                      Citizenship


_____                    _____
Individual or Entity Name                                      Citizenship

_____          _____
Individual or Entity Name                                Citizenship


_____          _____
Individual or Entity Name                                Citizenship



       **A supplemental citizenship disclosure statement will be filed upon any change in the information provided herein.**


_____          _____
Date                                                          Signature


                                                _____
                                                Counsel For

## CERTIFICATE OF SERVICE

On January 12, 2024, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties. Additionally, this document will be served upon the parties with the summons and complaint in this matter at the following addresses:

Maria A. Matienzo
5127 S. Holly St.
Seattle, WA  98118

/s/ *Jeffrey M. Walker*
One of the Attorneys for Plaintiff