# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc., | Case No. 2:24-cv-00144-MHW-EPD |
| Plaintiff, | Judge Michael H. Watson |
| v. | Magistrate Judge Elizabeth A. Preston Deavers |
| ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, MARIA DOLORES ANASZTASIA MATIENZO, and JOHN DOES #1–20 | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Kathryn M. Brown of Squire Patton Boggs (US) LLP hereby enters her appearance as additional Counsel for Plaintiff OCLC, Inc., and requests that all further notices, orders, or other items required to be served be sent to the undersigned.

Dated: January 12, 2024

Respectfully submitted,

/s/ *Kathryn M. Brown*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

## CERTIFICATE OF SERVICE

On January 12, 2024, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties. Additionally, this document will be served upon the parties with the summons and complaint in this matter at the following addresses:

Maria Matienzo
5127 S. Holly St.
Seattle, WA  98118

/s/ *Kathryn M. Brown*
One of the Attorneys for Plaintiff