# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **OCLC, INC.** | : | **CASE NO. 2:24-cv-144** |
| Plaintiff, | : | |
| vs. | : | **JUDGE MICHAEL H. WATSON** |
| | : | **MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS** |
| **ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.** | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Sarah M. Benoit of Taft Stettinius & Hollister LLP hereby enters her appearance at Trial Attorney for Defendant Maria Dolores Anasztasia Matienzo, and requests that all further notices, orders, or other items required to be served be sent to the undersigned.

Dated: March 15, 2024

Respectfully submitted,

*/s/ Sarah M. Benoit*
Sarah M. Benoit (0086616), Trial Attorney
Leon D. Bass (0069901)
**TAFT STETTINIUS & HOLLISTER LLP**
41 S. High Street, Suite 1800
Columbus, Ohio 43215
Phone: (614) 221-2838
Fax: (614) 221-2007
E-mail: sbenoit@taftlaw.com
lbass@taftlaw.com

*Counsel for Maria Dolores Anasztasia Matienzo*

132059292

**CERTIFICATE OF SERVICE**

On March 15, 2024, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Sarah M. Benoit*
Sarah M. Benoit  (0086616), Trial Attorney

132059292