# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **OCLC, INC.** | : | **CASE NO. 2:24-cv-144** |
| Plaintiff, | : | |
| vs. | : | **JUDGE MICHAEL H. WATSON** |
| | : | |
| **ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.** | : | **MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS** |
| Defendants. | : | |

## STIPULATED LEAVE TO PLEAD

NOW COME the Parties, by and through their respective undersigned counsel, and hereby stipulate and agree that Defendant Maria Dolores Anasztasia Matienzo shall have a twenty-one (21) day extension of time in which to move or otherwise plead to Plaintiff's Complaint.  Defendant Matienzo's responsive pleading will now be due on or before April 8, 2024.  This leave to plead complies with Local Rule 6.1 and is being filed with the consent and stipulation of Plaintiff's counsel.

Dated: March 15, 2024

Respectfully submitted,

*/s/ Sarah M. Benoit*
Leon D. Bass (0069901), Trial Attorney
Sarah M. Benoit (0086616)
**TAFT STETTINIUS & HOLLISTER LLP**
41 S. High Street, Suite 1800
Columbus, Ohio 43215
Phone:   (614) 221-2838
Fax:       (614) 221-2007

132059490

E-mail:  lbass@taftlaw.com
sbenoit@taftlaw.com

*Counsel for Maria Dolores Anasztasia Matienzo*

and

*/s/ Kathryn M. Brown (per consent)*
Jeffrey M. Walker (0096597), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
**SQUIRE PATTON BOGGS (US) LLP**
2000 Huntington Center
41 S. High Street
Columbus, Ohio 43215
Phone:  (614) 365-2700
Fax:  (614) 365-2499
E-mail:  jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com

*Counsel for Plaintiff OCLC, Inc.*

## CERTIFICATE OF SERVICE

On March 15, 2024, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Sarah M. Benoit*
Sarah M. Benoit (0086616), Trial Attorney

132059490