# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **OCLC, INC.** : | **CASE NO. 2:24-cv-144** |
| Plaintiff, : | **JUDGE MICHAEL H. WATSON** |
| vs. : | **MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS** |
| **ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.** : | |
| Defendants. : | |

### DEFENDANT MARIA DOLORES ANASZTASIA MATIENZO'S MOTION TO EXCEED 20-PAGE LIMIT WITH REPSECT TO THE MEMORANDUM IN SUPPORT OF HER MOTION TO DISMISS

Pursuant to Judge Watson's Standing Orders, Defendant Maria Dolores Anasztasia Matienzo ("Ms. Matienzo") respectfully requests leave from this Court to exceed the 20-page limit for memoranda in support and file a Memorandum in Support of her Motion to Dismiss that is 28 pages. Ms. Matienzo requests this enlargement due to the complex nature of the claims filed against by Plaintiff OCLC, Inc. and the fact that she must address twelve separate causes of action against her in the Memorandum in Support. Although every attempt has been made to be succinct, the requested additional pages are necessary to ensure that Ms. Matienzo can properly and completely set forth her basis for dismissal of each of Plaintiff's claims against her.

For these reasons, Ms. Matienzo respectfully requests that this Court permit her to file a Memorandum in Support of her Motion to Dismiss that totals 28 pages.

132524145

Dated: April 12, 2024								Respectfully submitted,

/s/ Sarah M. Benoit
Sarah M. Benoit  (0086616), Trial Attorney
Leon D. Bass (0069901)
**TAFT STETTINIUS & HOLLISTER LLP**
41 S. High Street, Suite 1800
Columbus, Ohio 43215
Phone:	(614) 221-2838
Fax:	(614) 221-2007
E-mail:	sbenoit@taftlaw.com
	lbass@taftlaw.com

*Counsel for Maria Dolores Anasztasia Matienzo*

## CERTIFICATE OF SERVICE

On April 12, 2024, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Sarah M. Benoit
Sarah M. Benoit  (0086616), Trial Attorney

132524145