# EXHIBIT A

# Affidavit of Maria Matienzo

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc. | CASE NO. 2:24-cv-00144-MHW-EPD |
| Plaintiff, | JUDGE MICHAEL H. WATSON |
| v. | MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS |
| ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al. | |
| Defendants. | |

## AFFIDAVIT OF MARIA MATIENZO

I, Maria Matienzo, being first duly sworn, depose and state as follows:

1. I am a named defendant in the lawsuit filed by OCLC, Inc. in the United States District Court for the Southern District of Ohio, Case No. 2:24-cv-00144 titled *OCLC, Inc. v. Anna's Archive, et al.*

2. I am a resident of Seattle, Washington. I am not a resident of Ohio.

3. My legal name is Maria Dolores Anasztasia Matienzo.

4. I do not own property in Ohio.

5. I have no family in Ohio and do not regularly visit Ohio.

6. I do not conduct business in Ohio.

7. I am not affiliated in any way with Anna's Archive and had no involvement in the alleged hacking and/or scraping of data from WorldCat.org that was allegedly orchestrated and carried out by Anna's Archive.

8. I have never viewed or accessed OCLC data through Anna's Archive.

9. I have used the domain and/or username anarchivi.st. This domain and username are not in anyway associated with Anna's Archive. The domain was registered in 2015 and is a

132548110

personal landing page for me to list my social media profiles related to the username "anarchivist." For example, it contains links to my personal website and Instagram account. This username is a double entendre that is drawn from the words "anarchist" and "archivist." I have used the username online since 2002. Again, it has no affiliation or association with Anna's Archive.

10. FURTHER AFFIANT SAYETH NAUGHT.

/s/ Maria Matienzo

SWORN TO BEFORE ME
this  15  day of April 2024

_____ (L.S.)

_Aaron Anderson_ (Printed Name)
Notary Public for Washington
My Commission expires  10/14/24 .  _____ (SEAL)

Notary Public
State of Washington
AARON ANDERSON
LICENSE # 188531
MY COMMISSION EXPIRES
OCTOBER 14, 2024

132548110