IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OCLC ONLINE COMPUTER**
**LIBRARY CENTER, INC.**

        **Plaintiff(s),**              **Civil Action 2:24-cv-144**
                                          **Judge Michael H. Watson**
    **v.**                                   **Magistrate Judge Elizabeth P. Deavers**

**ANNA'S ARCHIVE,** *et al.,*

        **Defendant(s).**

## **NOTICE**

**TAKE NOTICE** that a Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **APRIL 24, 2024,** at **11:00 AM**. The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: April 18, 2024**                      *s/Sherry Nichols*
                                                  Sherry Nichols, Courtroom Deputy
                                                  Sherry_Nichols@ohsd.uscourts.gov
                                                  614-719-3461