# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OCLC, INC. | : |
| | : |
|     Plaintiff, | : CASE NO. 2:24-cv-144 |
| | : |
| vs. | : JUDGE MICHAL H. WATSON |
| | : |
| ANNA'S ARCHIVE, f/k/a, PIRATE | : MAGISTRATE JUDGE ELIZABETH A. |
| LIBRARY MIRROR, et al., | : PRESTON DEAVERS |
| | : |
|     Defendant. | : |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Pursuant to Fed. Rs. Civ. P. 6(b) and 7(b) and S.D. Ohio Loc. R. 7.3, Plaintiff OCLC, Inc. ("OCLC") hereby moves the Court to extend its deadline to file a response in opposition to Defendant Maria Dolores Anasztasia Matienzo's Motion to Dismiss (Dkt. 21) an additional nine (9) days from May 6, 2024 to May 15, 2024.  Defendant Matienzo has been apprised of this Motion and agrees to this request for additional time to respond.  This is the first extension OCLC has sought in this matter.  This request is not for purposes of delay, but to allow OCLC additional time to fully respond to Defendant Matienzo's Motion and accompanying affidavit.

Respectfully submitted and agreed to by:

| | |
|---|---|
| /s/ Jeffrey M. Walker | /s/ Sarah M. Benoit (with consent) |
| Jeffrey M. Walker (0096597), Trial Attorney | Sarah M. Benoit (0086616), Trial Attorney |
| Traci L. Martinez (0083989) | Leon D. Bass (0069901) |
| Kathryn M. Brown (0100426) | **TAFT STETTINIUS & HOLLISTER LLP** |
| Brittany Silverman (0102263) | 41 S. High Street, Suite 1800 |
| **SQUIRE PATTON BOGGS (US) LLP** | Columbus, Ohio  43215 |
| 2000 Huntington Center | Tel:  (614) 220-2838 |
| 41 S. High Street | Fax:  (614) 221-2007 |
| Columbus, Ohio  43215 | Email: lbass@taftlaw.com |
| Tel:  (614) 365-2700 |        sbenoit@taftlaw.com |
| Fax:  (614) 365-2499 | |
| Email: Jeffrey.walker@squirepb.com | *Counsel for Defendant Maria Dolores* |
|        Traci.martinez@squirepb.com | *Anasztasia Matienzo* |

Kathryn.brown@squirepb.com
Brittany.silverman@squirepb.com

*Counsel for Plaintiff OCLC, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Court's CM/ECF system and served upon all counsel of record via that same system this 3rd day of May 2024.

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096597)