**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| OCLC, INC. | : |
| Plaintiff, | : CASE NO. 2:24-cv-144 |
| vs. | : JUDGE MICHAL H. WATSON |
| ANNA'S ARCHIVE, f/k/a, PIRATE LIBRARY MIRROR, et al., | : MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS |
| Defendant. | : |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Fed. Rs. Civ. P. 6(b) and 7(b) and S.D. Ohio Loc. R. 7.3, Defendant Maria Dolores Anasztasia Matienzo ("Ms. Matienzo") hereby moves the Court to extend the deadline for her to file a reply in support of her Motion to Dismiss (Dkt. 21) an additional seven (7) days from May 29, 2024 until through and including June 5, 2024. Plaintiff OCLC, Inc. has been apprised of this Motion and agrees to this request for additional time. This is the first extension Ms. Matienzo has sought in connection with her reply brief. Further, this request is not for purposes of delay, but to allow Ms. Matienzo to fully respond to Plaintiff's brief in opposition.

Respectfully submitted and agreed to by:

| | |
|---|---|
| */s/ Kathryn M. Brown (per consent)* | */s/ Sarah M. Benoit* |
| Jeffrey M. Walker (0096597), Trial Attorney | Leon D. Bass (0069901), Trial Attorney |
| Traci L. Martinez (0083989) | Sarah M. Benoit (0086616) |
| Kathryn M. Brown (0100426) | **TAFT STETTINIUS & HOLLISTER LLP** |
| Brittany Silverman (0102263) | 41 S. High Street, Suite 1800 |
| **SQUIRE PATTON BOGGS (US) LLP** | Columbus, Ohio 43215 |
| 2000 Huntington Center | Tel:    (614) 220-2838 |
| 41 S. High Street | Fax:    (614) 221-2007 |
| Columbus, Ohio 43215 | Email: lbass@taftlaw.com |
| Tel:    (614) 365-2700 |             sbenoit@taftlaw.com |
| Fax:   (614) 365-2499 | |
| Email: Jeffrey.walker@squirepb.com |  *Counsel for Defendant Maria Dolores* |
|             Traci.martinez@squirepb.com |  *Anasztasia Matienzo* |

Kathryn.brown@squirepb.com
Brittany.silverman@squirepb.com

*Counsel for Plaintiff OCLC, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Court's CM/ECF system and served upon all counsel of record via that same system this 28th day of May 2024.

*/s/ Sarah M. Benoit*
Sarah M. Benoit (0086616)