**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| OCLC, INC. | : | |
| | : | |
| Plaintiff, | : | **CASE NO. 2:24-cv-144** |
| | : | |
| vs. | : | **JUDGE MICHAL H. WATSON** |
| | : | |
| ANNA'S ARCHIVE, f/k/a, PIRATE | : | **MAGISTRATE JUDGE ELIZABETH A.** |
| LIBRARY MIRROR, et al., | : | **PRESTON DEAVERS** |
| | : | |
| Defendant. | : | |

**PLAINTIFF OCLC, INC'S NOTICE OF ISSUANCE OF SUBPOENA**

Please take notice that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff OCLC,

Inc., by and through its counsel, intends to serve a subpoena requesting the production of

documents and electronically stored information upon non-party Cloudflare, Inc. The referenced

subpoena is attached as Exhibit 1.

Dated: June 11, 2024

                                                Respectfully submitted,

                                                */s/ Jeffrey M. Walker*
                                                Jeffrey M. Walker (0096567), Trial Attorney
                                                Traci L. Martinez (0083989)
                                                Kathryn M. Brown (0100426)
                                                Brittany N. Silverman (0102263)
                                                SQUIRE PATTON BOGGS (US) LLP
                                                2000 Huntington Center
                                                41 South High Street
                                                Columbus, Ohio 43215
                                                Telephone: +1 614 365 2700
                                                Fax: +1 614 365 2499
                                                jeffrey.walker@squirepb.com
                                                traci.martinez@squirepb.com
                                                kathryn.brown@squirepb.com
                                                brittany.silverman@squirepb.com

                                                *Attorneys for Plaintiff OCLC, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 11th day of June, 2024, via electronic mail upon all counsel of record.

<u>*/s/ Jeffrey M. Walker*</u>
Jeffrey M. Walker

*An Attorney for Plaintiff OCLC, Inc.*

1101530670\4\AMERICAS