# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OCLC, INC. | : |
| | : |
|     Plaintiff, | : CASE NO. 2:24-cv-144 |
| | : |
| vs. | : JUDGE MICHAL H. WATSON |
| | : |
| ANNA'S ARCHIVE, f/k/a, PIRATE | : MAGISTRATE JUDGE ELIZABETH A. |
| LIBRARY MIRROR, et al., | : PRESTON DEAVERS |
| | : |
|     Defendant. | : |

## PLAINTIFF OCLC, INC'S NOTICE OF ISSUANCE OF SUBPOENA

Please take notice that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff OCLC, Inc., by and through its counsel, intends to serve a subpoena requesting the production of documents and electronically stored information upon non-party Amazon Web Services, Inc. The referenced subpoena is attached as Exhibit A.

Dated: June 11, 2024

                                                          Respectfully submitted,

                                                          */s/ Jeffrey M. Walker*
                                                          Jeffrey M. Walker (0096567), Trial Attorney
                                                          Traci L. Martinez (0083989)
                                                          Kathryn M. Brown (0100426)
                                                          Brittany N. Silverman (0102263)
                                                          SQUIRE PATTON BOGGS (US) LLP
                                                          2000 Huntington Center
                                                          41 South High Street
                                                          Columbus, Ohio 43215
                                                          Telephone: +1 614 365 2700
                                                          Fax: +1 614 365 2499
                                                          jeffrey.walker@squirepb.com
                                                          traci.martinez@squirepb.com
                                                          kathryn.brown@squirepb.com
                                                          brittany.silverman@squirepb.com

                                                          *Attorneys for Plaintiff OCLC, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 11th day of June, 2024, via electronic mail upon all counsel of record.

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker

*An Attorney for Plaintiff OCLC, Inc.*