# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OCLC, INC. | : | |
| Plaintiff, | : | CASE NO. 2:24-cv-144 |
| vs. | : | JUDGE MICHAL H. WATSON |
| ANNA'S ARCHIVE, f/k/a, PIRATE LIBRARY MIRROR, et al., | : | MAGISTRATE JUDGE ELIZABETH A. PRESTON DEAVERS |
| Defendant. | : | |

## PLAINTIFF OCLC, INC'S NOTICE OF ISSUANCE OF SUBPOENA

Please take notice that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff OCLC, Inc., by and through its counsel, intends to serve a subpoena requesting the production of documents and electronically stored information upon non-party Tucows Domains Services, Inc. The referenced subpoena is attached as Exhibit A.

Dated: June 11, 2024

    Respectfully submitted,

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany N. Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Fax: +1 614 365 2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served this 11th day of June, 2024, via electronic mail upon all counsel of record.

                                     */s/ Jeffrey M. Walker*
                                     Jeffrey M. Walker

                                   *An Attorney for Plaintiff OCLC, Inc.*