IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00144-MHW-EDP<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT
AGAINST DEFENDANT ANNA'S ARCHIVE, f/k/a
PIRATE LIBRARY MIRROR**

Plaintiff OCLC, Inc. respectfully applies to the Clerk of Court for an entry of default against Defendant Anna's Archive, f/k/a Pirate Library Mirror as prescribed by Rule 55(a) of the Federal Rules of Civil Procedure.

Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure requires a defendant to file and serve a responsive pleading within twenty-one days after being served with the summons and complaint. Defendant Anna's Archive was served with the summons, complaint, and other case initiating documents in this matter on March 28, 2024. Proof of Service Decl. of Kathryn M. Brown, Dkt. 17. Anna's Archive has not filed an answer or other responsive pleading, or otherwise made an appearance, in this case since being served. Accordingly, Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. The facts supporting this application are contained in the pleadings, the record before the Court, and the accompanying Declaration of Kathryn M. Brown, attached here as Exhibit 1.

Respectfully submitted,

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany N. Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Fax: +1 614 365 2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

**CERTIFICATE OF SERVICE**

On June 28, 2024, this document and the accompanying attachment was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties, and will be served upon Defendant Anna's Archive at the following email addresses:

AnnaArchivist@proton.me
AnnaDMCA@proton.me
AnnaArchivist+security@proton.me
domainabuse@tucows.com

                                                              */s/ Jeffrey M. Walker*
                                                              Jeffrey M. Walker

                                                              *An Attorney for Plaintiff OCLC, Inc.*