# Exhibit D

**Silverman, Brittany**

| | |
|---|---|
| **From:** | postmaster |
| **Sent:** | Thursday, March 28, 2024 4:32 PM |
| **To:** | Brown, Kathryn M. |
| **Subject:** | An email message you sent could not be delivered |



## Technology

### An email message you sent could not be delivered

There has been a problem sending your recent email to **annadmca@proton.me**. This email could not be delivered.

**What you should do**

Check that the email address you used is correct and up to date. In some cases, there may be a problem with the recipient's email system that prevents them from receiving email from us. The Problem and Further Information below may help identify the problem.

You may want to try sending the email again. If the message is time-sensitive, you should consider other methods of communication.
If you sent this message to multiple addresses, you will receive a notification like this for every one that couldn't be delivered.

**Problem:** Recipient mailbox is full

**Further information:** 5.2.2 <annadmca@proton.me>: Recipient address rejected: Mailbox quota exceeded

For more information about this notification, please contact **IT Support** on x520 3445.

Powered by mimecast

© 2019 Mimecast Services Limited.