UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OCLC Online Computer Library Center, Inc, | : | |
| Plaintiff, | : | Case No.  2:24-cv-144 |
| vs | : | Judge Watson |
| Anna's Archive et al, | : | Magistrate Judge Deavers |
| Defendant. | | |

## ENTRY OF DEFAULT

It appearing that the Defendant Anna's Archive, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 28th  day of June, 2024.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: /s/ Melissa Saddler
Melissa Saddler, Deputy Clerk