**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2:22-cv-1872
2:22-cv-3795
2:23-cv-0769
2:23-cv-1353
2:23-cv-1510
2:23-cv-1758
2:23-cv-1925
2:23-cv-2237
2:23-cv-2402
2:23-cv-2543
2:23-cv-2916
2:23-cv-2952
2:23-cv-2983
2:23-cv-3224
2:23-cv-3371
2:23-cv-3566
2:23-cv-3753
2:23-cv-3787
2:23-cv-3873
2:23-cv-3979
2:23-cv-3989
2:23-cv-4072
2:23-cv-4102
2:23-cv-4108
2:23-cv-4119
2:23-cv-4187
2:24-cv-0144
2:24-cv-0445
2:24-cv-0656
2:24-cv-1291
2:24-cv-1297
2:24-cv-1328
2:24-cv-1376
2:24-cv-1420

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **September 2024**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on August 1, 2024** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio