**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **OCLC, Inc.**  Plaintiff,  v.  **ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.,**  Defendants. | **Case No. 2:24-cv-00144-MHW-EDP**  **Judge Michael H. Watson**  **Magistrate Judge Elizabeth A. Preston Deavers** |

**[PROPOSED] ORDER**

On September 19, 2024, Plaintiff OCLC, Inc. and Defendant Maria Matienzo filed a Joint Motion to Stay Discovery Pending the Resolution of Defendant Maria Matienzo's Motion to Dismiss. (Dkt. 42.) For the reasons set forth therein, the Court **GRANTS** the Joint Motion and **STAYS** discovery as to Plaintiff OCLC and Defendant Matienzo. If the Court denies the Motion to Dismiss and/or grants jurisdictional discovery, the parties will submit a revised Rule 26(f) Report within **seven days** of service of the Court's opinion and order.

IT IS SO ORDERED.

Date: _____   _____
Judge Michael H. Watson
UNITED STATES DISTRICT JUDGE

Date: _____   _____
Judge Elizabeth A. Preston Deavers
UNITED STATES MAGISTRATE JUDGE