IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc.<br><br>      **Plaintiff,**<br><br>  v.<br><br>ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.,<br><br>      **Defendants.** | Case No. 2:24-cv-00144-MHW-EDP<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

## ORDER

On September 19, 2024, Plaintiff OCLC, Inc. and Defendant Maria Matienzo filed a Joint Motion to Stay Discovery Pending the Resolution of Defendant Maria Matienzo's Motion to Dismiss.  (Dkt. 42.)  For the reasons set forth therein, the Court **GRANTS** the Joint Motion and **STAYS** discovery as to Plaintiff OCLC and Defendant Matienzo.  If the Court denies the Motion to Dismiss and/or grants jurisdictional discovery, the parties will submit a revised Rule 26(f) Report within **seven days** of service of the Court's opinion and order.

    IT IS SO ORDERED.

Date:  September 20, 2024

       s/ *Elizabeth A. Preston Deavers*
    ELIZABETH A. PRESTON DEAVERS
    UNITED STATES MAGISTRATE JUDGE