# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00144-MHW-EDP<br><br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

### PLAINTIFF OCLC, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARIA MATIENZO

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff OCLC, Inc., hereby voluntarily dismisses all claims in this action against Defendant Maria Matienzo **WITH PREJUDICE**. All other claims against all other Defendants shall remain pending in this action.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany N. Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Fax: +1 614 365 2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

## **CERTIFICATE OF SERVICE**

On April 11, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties, and will be served upon Anna's Archive at the following email addresses:

    AnnaArchivist@proton.me
    AnnaDMCA@proton.me
    AnnaArchivist+security@proton.me
    domainabuse@tucows.com

                                                    */s/ Jeffrey M. Walker*
                                                    Jeffrey M. Walker