IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OCLC ONLINE COMPUTER**
**LIBRARY CENTER, INC.,**

    Plaintiff,

    v.

**ANNA'S ARCHIVE,** *et al.***,**

    Defendants.

Civil Action 2:24-cv-144
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on the Joint Motion made pursuant to Fed.R.Civ.P. 21 seeking to dismiss with prejudice Plaintiff's claims against Defendant Maria Matienzo. (ECF No. 51.)  For good cause shown, the motion is **GRANTED.**  Plaintiff's claims against Defendant Maria Matienzo are **DISMISSED with prejudice.**  The Clerk is **DIRECTED** to terminate Maria Matienzo as a Defendant in this action effective as of the date of this Order.

    IT IS SO ORDERED.

DATED:  April 16, 2025

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**