IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc.<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA'S ARCHIVE, f/k/a PIRATE LIBRARY MIRROR, et al.,<br><br>        Defendants. | Case No. 2:24-cv-00144-MHW-EDP<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

**PLAINTIFF OCLC, INC.'S MOTION FOR STATUS CONFERENCE**

Plaintiff OCLC, Inc. ("OCLC") respectfully requests that the Court set a status conference in this matter. On July 5, 2024, OCLC moved for default judgment against Defendant Anna's Archive. Dkt. 40. On March 21, 2025, the Court denied OCLC's motion without prejudice and ordered the parties to propose a certification order. Dkt. 47 at #884. Shortly after, the Court granted OCLC's and former Defendant Maria Matienzo's joint motion to dismiss the claims against Ms. Matienzo. Dkt. 52. Accordingly, Anna's Archive is now the sole remaining Defendant in this case, and it has chosen not to appear before the Court. The Court also denied OCLC's motion for reconsideration of its denial of OCLC's motion for default judgment. Dkt. 53 at # 934. The Court formally certified two questions of Ohio law to the Supreme Court of Ohio. Dkt. 54. The Ohio Supreme Court declined to answer OCLC's certified questions, though two justices dissented.[1]

This matter is now before the Court. Because this is a case where the defendant has intentionally defaulted and the Court denied OCLC's motion without prejudice, there are presently no deadlines pending in this case. Additionally, the Ohio Supreme Court chose to not answer the

---

[1] Case Announcements, Supreme Court of Ohio, at 10 (Oct. 1, 2025) (https://www.supremecourt.ohio.gov/rod/docs/pdf/0/2025/2025-Ohio-4537.pdf).

1

questions certified by this Court. Accordingly, OCLC respectfully requests a status conference with the Court to discuss the case schedule and remaining issues in the case.

Dated: October 15, 2025

Respectfully submitted,

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096567)
Kathryn M. Brown (0100426)
Traci L. Maritnez (0083989)
Brittany Silverman (0102263)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
kathryn.brown@squirepb.com
traci.martinez@squirepb.com
brittany.silverman@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

## **CERTIFICATE OF SERVICE**

On October 15, 2025, this document and the accompanying attachment was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties, and will be served upon Anna's Archive at the following email addresses:

AnnaArchivist@proton.me
AnnaDMCA@proton.me
AnnaArchivist+security@proton.me
domainabuse@tucows.com

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker
*An Attorney for Plaintiff OCLC, Inc.*