# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

OCLC, Inc.,

    Plaintiff,

v.

Anna's Archive, f/k/a Pirate Library Minor, *et al.*,

    Defendants.

Case No. 2:24-cv-144

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

OCLC, Inc. ("Plaintiff") moves for a status conference. ECF No. 55. Plaintiff explains that (1) the remaining Defendant in this case, Anna's Archive ("Defendant"), has not answered or otherwise responded to the pleadings; (2) the Court denied without prejudice Plaintiff's prior motion for default judgment against Defendant, ECF No. 47; and (3) the Supreme Court of Ohio recently declined certification of the Court's questions that form the basis of Plaintiff's state law claims.[1] ECF No. 55.

Rather than hold a status conference, the Court concludes that the most efficient course is for Plaintiff to renew its motion for default judgment. Accordingly, Plaintiff's request for a status conference is **DENIED**. Plaintiff is **ORDERED** to file its renewed motion for default judgment **WITHIN THIRTY**

---

[1] *OCLC, Inc. v. Anna's Archive*, 179 Ohio St. 3d 1499, 2025 WL 2794370 (Table), at *1 (Oct. 1, 2025).

**DAYS** of the date of this Order unless other grounds for a status conference exist. In that case, Plaintiff **SHALL** renew its request for a status conference.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**