**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OCLC, Inc.,**

    **Plaintiff,**

    **v.**

**Anna's Archive, f/k/a**
**Pirate Library Mirror,** *et al.*,

    **Defendants.**

**Case No. 2:24-cv-144**

**Judge Michael H. Watson**

**Magistrate Judge Deavers**

## OPINION AND ORDER

Following the Court's Order granting default judgment against Anna's Archive, f/k/a Pirate Library Mirror ("Defendant") on Counts I and IX, ECF No. 58, OCLC, Inc. ("Plaintiff") now moves pursuant to Federal Rule of Civil Procedure 21 to sever and dismiss without prejudice its remaining claims against Defendant (Counts II–VIII, X–XII). Mot., ECF No. 59.

Federal Rule 21 permits a court to, "[o]n motion or on its own, . . . at any time, on just terms, add or drop a party. . . [or] sever any claim against a party." Fed. R. Civ. P. 21. Simply put, Rule 21 applies when a plaintiff seeks to dismiss less than an entire case. *Fekieh v. Allstate Fire & Cas. Ins. Co.*, No. 1:20-CV-1989, 2021 WL 2400949, at *2 (N.D. Ohio June 11, 2021). Because the Court has already reached judgment on Counts I and IX, dismissing Plaintiff's remaining claims would dispose of this entire action. The Court thus construes Plaintiff's motion as a Rule 41 motion to dismiss. Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the

court considers proper." Fed. R. Civ. P. 41(a)(2).  "Because [Defendant] has not appeared before the Court, the plain language of the statute does not require its signature on the stipulation."  *Fekieh,* 2021 WL 2400949, at *2.

Accordingly, Plaintiff's motion to dismiss, ECF No. 59, is **GRANTED.** Plaintiff's remaining claims against Defendant, Counts II–VIII and X–XII, are **DISMISSED WITHOUT PREJUDICE.**

The Clerk **SHALL** enter judgment for Plaintiff and against Defendant on Counts I and IX only, terminate ECF No. 59, and close this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**