AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| OCLC, Inc., *Plaintiff* v. Anna's Archive f/k/a Pirate Library Mirror, et al., *Defendant* | ) ) ) ) ) ) Civil Action No. 2:24cv144 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____

☑ **other:** Pursuant to the February 6, 2026 Opinion and Order, the Court grants Plaintiff's Motion to Dismiss. Plaintiff's remaining claims against Defendant, Counts II-VIII and X-XII, are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for

Date: 2/6/2026

*CLERK OF COURT*

s/Jennifer Kacsor
*Signature of Clerk or Deputy Clerk*